63,010-02

Dec 29 2014

10CR2645dcsn    To Clerk Abel Acosta

From Erwin Burley Writ # WR 63010-02

I mAiled A Criminal Complaint to your office on Oct 14, 2014 did you Receive it? If So whAt dAy wAs it filed? I mAiled An Identical Complaint Concerning Nueces County Corruption on the PArt of officials Named In Nueces County to the 13th Court of AppeAls It was filed Oct 20 2014. Please forward the filing date. Thank-you

PleAse Forgive the Condition of the envelope but I Applied for indigent Supplies And did not Receive Any I Sure it was only An oversight.

HAppy New Year

Erwin Burley 1740140
2101 Fm 369 Nth
Allred Unit
Iowa PArk TexAs 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk